UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANE VALDEZ WEBSTER,<br>    Plaintiff,<br>v.<br><br>DELTA AIRLINES,<br>    Defendant.<br>_____/ | Case No. 25-11772<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND CASE CAPTION, (ECF No. 12), AND DIRECTING PLAINTIFF TO PROVIDE SERVICE DOCUMENTS

Presently before the Court is Plaintiff's motion to amend the case caption so that Defendant's name appears as "Delta Air Lines, Inc." rather than the current spelling, "Delta Airlines." (ECF No. 12). The motion is **GRANTED**. Since the Court understands that Defendant has always been Delta Air Lines, Inc., and Plaintiff is simply correcting a typographical error, the Court **DIRECTS** the Clerk's Office to amend the spelling of Defendant's name to "Delta Air Lines, Inc." in the case caption.

Also before the Court is Plaintiff's effort to serve Defendant. On August 11, 2025, the Court ordered Plaintiff to provide information sufficient to serve process on Defendant Delta Air Lines, Inc., a corporate entity. (ECF No. 11). There, the Court instructed Plaintiff that he could provide information regarding one of

1

Defendant's officers or resident agent to effect service pursuant to MCR 2.105(D)(1). On August 18, 2025, Plaintiff provided the information for Defendant's registered agent in Georgia, Corporation Service Company.

In order to attempt service on Defendant's registered agent, Plaintiff must first send in new service of process documents. Accordingly, Plaintiff is **ORDERED** to provide **within fourteen days of this Order**:

- One (1) copy of the complaint for each defendant;
- Two (2) USM 285 forms for each defendant;
- Three (3) summonses for each defendant.

**IT IS FURTHER ORDERED** that the Clerk is directed to process this case for service upon receipt of the properly completed documents listed above. The United States Marshals Service is **DIRECTED** to serve a copy of the complaint, summons, and this Order upon Defendant Delta Airlines via ***personal service*** on Defendant's registered agent, Corporation Service Company, at the following address: 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

**IT IS SO ORDERED.**

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: August 25, 2025	s/Curtis Ivy, Jr.
	Curtis Ivy, Jr.
	United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 25, 2025.

	s/Sara Krause
	Case Manager
	(810) 341-7850

3